**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Iliana Lopez, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Toula Manufacturing Ltd, Inc. <br><br> Defendant. | Case No.: 1:22-CV-10072-JLR |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiffs hereby provides notice to the Court that a settlement in principle has been reached between Plaintiffs and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with prejudice, and without costs. Accordingly, it is respectfully requested that the matter be stayed for, and all current deadlines be extended by, forty-five (45) days to allow the parties to finalize settlement details.

Dated: June 1, 2023

                                                        **The Law Office of Noor A. Saab, Esq.**

                                                            _By: /s/ Noor A. Saab_
                                                            Noor A. Saab, Esq.
                                                           _Attorneys for Plaintiff_
                                                           380 North Broadway, Suite 300
                                                           Jericho, New York 11753
                                                           Tel: 718-740-5060
                                                           Email: NoorASaabLaw@Gmail.com